O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANTHONY TYRONE DAVIS, | Case No. 2:25-cv-02653-ODW (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SONY MUSIC ENTERTAINMENT et al, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

1

# **JUDGMENT**

In light of the Court's Order **GRANTING** Defendants' Motions to Dismiss (Dkt. No. 121), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants shall have **JUDGMENT** in their favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 2, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2